1 | RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

2

VIRGINIA CRONAN LOWE
3 | JAMES PETRILA
Trial Attorneys, Tax Division
4 | U.S. Department of Justice
P.O. Box 683
5 | Washington, D.C. 20044
202-307-6648 (v) (Petrila)
6 | 202-307-0054 (f)
James.Petrila@usdoj.gov

7

*Of Counsel*
8

NICHOLAS A. TRUTANICH
9 | United States Attorney

10 | *Attorneys for the United States*

11

IN THE UNITED STATES DISTRICT COURT
12 | FOR THE DISTRICT OF NEVADA

13 | ADVANCED REFINING CONCEPTS, LLC,  )
A Nevada Limited Liability Company,  )   Case No. 3:18-CV-00163 LRH-CBC
14 |                                    )
                    Plaintiff,       )
15 |                                    )   ORDER
                                     )
16 |         v.                        )   **STIPULATION TO SUBSTITUTE**
                                     )   **ATTORNEYS**
17 |                                    )
THE UNITED STATES OF AMERICA;        )
18 | DAVID J. KAUTER, acting Commissioner )
Of Internal Revenue; and DOES I through X, )
19 |                                    )
                    Defendants.       )
20 | _____)

21

22 |     The undersigned Virginia Cronan Lowe and James Petrila stipulate to substitute James

Petrila for Virginia Cronan Lowe as attorney of record for the United States in the above
23

captioned case.
24

25

1

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 5 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1      The undersigned further stipulate that this substitution will not result in any delay of

2  discovery, the trial, or any hearing in the above captioned matter.

3

4      Dated this 4th day of November, 2019.

5

6

7

8                  Respectfully submitted,

9                  RICHARD E. ZUCKERMAN
                Principal Deputy Assistant Attorney General

10
                */s/ James Petrila*
11                  JAMES PETRILA
                Trial Attorney, Tax Division

12                  U.S. Department of Justice
                P.O. Box 683

13                  Washington, D.C.  20044
                202-307-6648 (v)

14                  202-307-0054 (f)
                James.Petrila@usdoj.gov

15
                Of Counsel:
16                  NICHOLAS A. TRUTANICH
                United States Attorney

17
                Respectfully submitted,
18
                RICHARD E. ZUCKERMAN
19                  Principal Deputy Assistant Attorney General

20                  */s/ Virginia Cronan Lowe*
                VIRGINIA CRONAN LOWE
21                  Trial Attorney, Tax Division
                U.S. Department of Justice

22                  P.O. Box 683
                Washington, D.C.  20044

23                  202-307-6484 (v)
                202-307-0054 (f)

24                  Virginiacronan.lowe@usdoj.gov

25
                2

Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 11/5/2019

3